<u>**SCHEDULE C**</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BETTER HOLDCO, INC. and BETTER : 1:22-cv-03588-KPF
MORTGAGE CORP., :
:
        Plaintiff, : STIPULATION OF
: SETTLEMENT AND DISMISSAL
v. :
:
MICHAEL DROB, :
:
        Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MEMO ENDORSED**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Better Holdco, Inc. and Better Mortgage Corp. ("Plaintiffs") and defendant Michael Drob, through their respective counsel that:

1. An agreement denominated "Settlement and Release Agreement" has been reached between the parties in settlement of this action; and

2. This court, by the undersigned Hon. Katherine Polk Failla, U.S.D.J. shall maintain jurisdiction for purposes of any disputes arising out of compliance with the parties' respective obligations under the Consent Injunction executed herewith.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this action is hereby dismissed with prejudice and without costs or attorneys' fees to either party as against the other.

1

| | |
|---|---|
| SEYFARTH SHAW LLP<br><br>By: _____/s/ Jeremy A. Cohen_____<br>Jeremy A. Cohen<br>620 Eighth Avenue<br>New York, New York 10018-1405<br>(212) 218-5500<br><br>Attorneys for Plaintiffs<br>Better Holdco, Inc. and Better Mortgage Corp.<br><br>Dated: September 7, 2022 | SANTOMASSIMO DAVIS LLP<br>OUTSIDE GENERAL COUNSEL<br>SOLUTIONS<br><br>By: _____/s/ Steven C. DePalma_____<br>Steven C. DePalma<br>1 Gatehall Drive, Suite 100<br>Parsippany, New Jersey 07054<br>(201) 712-1616<br><br>Attorneys for Defendant<br>Michael Drob<br><br>Dated: September 7, 2022 |

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:    September 9, 2022            SO ORDERED.
          New York, New York

                                       _____
                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE

2